**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SELECT ONION COMPANY, LLC, ) | 1:10-cv-1516 OWW MJS |
| ) | |
|         Plaintiff, ) | ORDER AFTER SCHEDULING CONFERENCE |
| ) | |
|   v. ) | |
| ) | New Scheduling Conference |
| GOLD COAST HARVESTING, INC., a ) | Date:  1/13/11 8:15 Ctrm. 3 |
| California corporation, ) | |
| ) | |
|         Defendant. ) | |
| ) | |

I.   Date of Scheduling Conference.

    January 6, 2011.

II.  Appearances Of Counsel.

    Rynn & Janowsky, LLP by Bart M. Botta, Esq., appeared on behalf of Plaintiff.

    Lombardo & Gilles, LLP by James w. Sullivan, Esq., appeared on behalf of Defendant.

III. New Scheduling Conference Date.

    1.   The parties are exploring whether they both will consent to the jurisdiction of the Magistrate Judge for all purposes.  Accordingly, this Scheduling Conference is continued to January 13, 2011 at 8:15 a.m.

1

2.   As Defendant Gold Coast has previously filed its written consent, Plaintiff Select Onion Company shall file its written consent, if it so elects, and the case will be transferred to the Magistrate Judge for all purposes, including holding of the Scheduling Conference.  If Plaintiff consents, the date of January 13 will be vacated and a new Scheduling Conference will be scheduled by the Magistrate Judge.

IT IS SO ORDERED.

Dated:   **January 7, 2011**  　　　　　　**/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE