1  JAMES W. SULLIVAN State Bar Number 63624
   LOMBARDO & GILLES, LLP
2  318 Cayuga Street
   Salinas, California  93901
3  Telephone:  831.754.2444
   Facsimile:  831.754.2011
4  jim@lomgil.com

5  Attorneys for Defendant
   Gold Coast Harvesting, Inc.
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA,

10                      FRESNO DIVISION

11 SELECT ONION COMPANY, LLC,         )  Case No. 1:10-cv-01516 OWW-SKO
                                      )
12                                    )  **STIPULATION AND ORDER RE**
                       Plaintiff,     )  **VDRP REFERRAL**
13                                    )
   v.                                 )  **Local Rule  271(c)(3)**
14                                    )
   GOLD COAST HARVESTING, INC., a     )
15 California corporation,            )
                                      )
16                     Defendants.    )
                                      )
17                                    )
                                      )
18 And related cross-action           )
                                      )
19 _____

20     Plaintiff and cross defendant Select Onion Company, LLC, cross defendant Farrell

21 Larson and defendant and cross complainant Gold Coast Harvesting, Inc. through their

22 respective counsel, (all of whom are collectively referred to as the "Parties') hereby jointly

23 submit the following Stipulation and Order for VDRP Referral.

24     The Parties stipulate that:

25     1. They propose to engage in mediation of all issues in this matter under Local Rule

26        271;

27

28 _____       1
   Select Onion v. Gold Coast Harvesting
   Case No. 1:10-cv-01516 OWW-SKO
   Stipulation and Order re VDRP Referral

2. The Parties jointly request that the VDRP administrator supply a list of three (3) neutrals from which list the parties will choose one under LR 271(e)(3);

3. The Parties propose to complete the VDRP process by April 20, 2011, and the neutral shall file confirmation of completion of the process with the court by May 1, 2011;

4. The Parties will stay further discovery until the completion of the mediation process.

It is so stipulated:

Date:  March 7, 2011           RYNN & JANOWSKY, LLP

                               By:    /s/ Bart M. Botta
                                      Bart M. Botta
                                      Attorneys for SELECT ONION CO., LLC and
                                      FARRELL LARSON

Date:   March 7. 2011          LOMBARDO & GILLES, LLP

                               By:    /s/ James W. Sullivan
                                      James W. Sullivan
                                      Attorneys for GOLD COAST HARVESTING, INC.
                                      Attorneys for Defendant,
                                      Gold Coast Harvesting, Inc

_____   2
Select Onion v. Gold Coast Harvesting
Case No. 1:10-cv-01516 OWW-SKO
Stipulation and Order re VDRP Referral

## **ORDER**

Pursuant to the parties' Stipulation re VDRP Referral, the Court orders:

1. The parties shall engage in mediation through the Court's VDRP program under Local Rule 271.

2. The VDRP Administrator will submit to the parties a list of 3 neutrals from the Court's panel of neutrals;

3  Absent further Order of the Court, the parties will complete the VDRP process by April 15, 2011 and the neutral will file confirmation of completion of the process with the court by May 1, 2011.

4

IT IS SO ORDERED.

Dated:   **March 8, 2011**              **/s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE

6
7

_____
Select Onion v. Gold Coast Harvesting
Case No. 1:10-cv-01516 OWW-SKO
Stipulation and Order re VDRP Referral

3