JAMES W. SULLIVAN State Bar Number 63624
LOMBARDO & GILLES, LLP
318 Cayuga Street
Salinas, California  93901
Telephone:  831.754.2444
Facsimile:  831.754.2011
jim@lomgil.com

Attorneys for Defendant
Gold Coast Harvesting, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA,

FRESNO DIVISION

| | |
|---|---|
| SELECT ONION COMPANY, LLC, ) | Case No. 1:10-cv-01516 OWW-SKO |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT AND ORDER** |
| ) | |
| v. ) | |
| ) | |
| GOLD COAST HARVESTING, INC., a ) | |
| California corporation, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| And related cross-action. ) | |
| ` ) | |

    This Notice of Settlement is given pursuant to a Settlement Agreement dated as of April 8, 2011 by and between Select Onion Company, LLC ("Select"), Farrell Larson and Gold Coast Harvesting, Inc. ("Gold Coast"), all of whom are collectively referred to as the "Parties".

    Pursuant to the Settlement Agreement, the Parties stipulate that Select's complaint and Gold Coast's cross complaint shall each be dismissed with prejudice, and that each Party shall bear its own attorneys fees and costs.

_____
Select Onion v. Gold Coast Harvesting
Case No. 1:10-cv-01516 OWW-SKO
Settlement Agreement

1

Dated: May 5, 2011                              LOMBARDO & GILLES, LLP

                                                By: <u>James W. Sullivan</u>
                                                    James W. Sullivan
                                                    Attorneys for Plaintiff and Cross Defendant Gold
                                                    Coast Harvesting, Inc.

Dated: May 5, 2011            RYNN & JANOWSKI, LLP

                                                By: <u>Bart M. Botta</u>
                                                    Bart M. Botta
                                                    Attorneys for Defendants and Cross Complaint
                                                    Select Onion Company ,LLC  and Farrell Larson

### **ORDER**

Pursuant to the Notice of Settlement,

IT IS HEREBY ORDERED that:

1. The Complaint and the Cross Complaint are each dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 11, 2011                              <u>/s/ OLIVER W. WANGER</u>
                                                 United States District Court

_____
Select Onion v. Gold Coast Harvesting
Case No. 1:10-cv-01516 OWW-SKO
Settlement Agreement

2

PDF created with pdfFactory trial version www.pdffactory.com